BROWN
v.
OSBORNE.

# BROWN *v.* OSBORNE.

The Court, to affirm a judgment, may, *ex officio*, award a *certiorari* to complete the record.

*Friday,
November 20.*

APPEAL from the *Gibson* Circuit Court.

SCOTT, J.—In this case the record does not show the names of the judges who rendered the judgment complained of; nor does it appear from the transcript before us that there were any judges, except what may be conjectured from the statement that a judgment has been rendered. This is evidently a neglect of the clerk, but it is a defect for which the Court will not now reverse the proceedings.

*Per Curiam.*—A *certiorari* is awarded to the *Gibson* Circuit Court, directing them to send up a full and complete transcript of the record in this case (1).

*Raymond,* for the appellant.

(1) It is a general rule, that, at any time pending a writ of error, whether before or after errors assigned, or after in *nullo est erratum* pleaded, the Court, *ex officio,* may award a *certiorari to inform their conscience,* to affirm a judgment, but not to reverse it, or make error. *Franklyn* v. *Reeves,* Cas. temp's Hardw. 118, 119.—2 Will. Saund. 101, s, t.